<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7781**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

PAMELA J. ANDERSON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CR-96-95, CA-01-564-2)

———————

Submitted:  April 17, 2002          Decided:  April 29, 2002

———————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Pamela J. Anderson, Appellant Pro Se. Timothy John Stinson, Special
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pamela J. Anderson appeals the district court's orders denying her motion for modification of sentence and her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Anderson, Nos. CR-96-95; CA-01-564-2 (E.D. Va. filed Aug. 24, entered Aug. 27, 2001; Oct. 4, 2001). The petition for a writ of mandamus is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2